# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 21-21049-GLT |
| | ) | |
| MAZHAR ABBAS | ) | Chapter 7 |
| ANEEZA MAZHAR ABBAS | ) | |
| | ) | |
|    Debtors | ) | |
| | ) | |
| PAMELA J. WILSON, Trustee | ) | Doc. No. _____ |
| | ) | |
|    Movant | ) | |
| | ) | Related to Docs. 25, 26 |
| v. | ) | Hearing Date: 8/5/21, 10:30 a.m. |
| | ) | |
| MAZHAR ABBAS, ANEEZA MAZHAR | ) | |
| ABBAS and ROUNDPOINT MORTGAGE | ) | |
| SERVICING CORPORATION | ) | |
|    Respondents | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Application to Employ Real Estate Broker filed on June 28, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than July 26, 2021.

It is hereby requested that the Order attached to the Application be entered by the Court.

Date: 7/27/21        */s/ Pamela J. Wilson*___
                                                           Pamela J. Wilson, Trustee
                                                           PA I.D. No. 77011
                                                           810 Vermont Avenue
                                                           Pittsburgh, PA 15234
                                                           412.341.4323
                                                           pwilson@pjwlaw.net