| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mazhar Abbas** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3295** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Aneeza Mazhar Abbas** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–6019** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: **21–21049–GLT** | | |

# Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mazhar Abbas                                        Aneeza Mazhar Abbas
                                                    fka Aneeza Mazhar, fka Aneeza Shahid

8/25/21                                             **By the court:**   Gregory L. Taddonio
                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21049-GLT |
| Mazhar Abbas | Chapter 7 |
| Aneeza Mazhar Abbas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 4 |
| Date Rcvd: Aug 25, 2021 | Form ID: 318 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mazhar Abbas, Aneeza Mazhar Abbas, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| r | + | Janet Sember, Berkshire Hathaway Home Services, 4215 Washington Road, McMurray, PA 15317-2565 |
| 15369975 | + | AHN, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15369968 | + | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369974 | + | Advanced Women's Care of PGH, PC, 3928 Washington Road, Suite 230, McMurray, PA 15317-2594 |
| 15369989 | + | Anytime Fitness, LLC, 111 Weir Drive, Woodbury, MN 55125-3200 |
| 15385748 | + | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15386384 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15370000 | + | Bretnwood Towne Square Associates, 560 Epislon Drive, Pittsburgh, PA 15238-2815 |
| 15370011 | + | Hiltonresortscorp/hgv, 6355 Metrowest Blvd., Orlando, FL 32835-6433 |
| 15382686 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15370012 | #+ | Life Fitness, 9525 West Bryn Mawr Avenue, Des Plaines, IL 60018-5207 |
| 15370013 | + | Pamela Wilson, Trustee, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |
| 15370014 | + | Precision Endodontics McMurray, 4065 Washington Road, Canonsburg, PA 15317-2520 |
| 15370015 | + | Progressive Dental Group, 3928 Washington Road, Suite 303, McMurray, PA 15317-2592 |
| 15370016 | + | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15370018 | + | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15370017 | + | RoundPoint Mortgage Servicing Corporatio, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15370019 | | Spectrio, PO Box 890271, Charlotte, NC 28289-0271 |
| 15387457 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15370025 | + | US Acute Care, PO Box 18942, Belfast, ME 04915-4084 |
| 15391966 | + | Wells Fargo Bank, N.A. c/o Keri P. Ebeck, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

Case 21-21049-GLT    Doc 34    Filed 08/27/21    Entered 08/28/21 00:31:34    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 318 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| cr | | + EDI: AISACG.COM | Aug 26 2021 03:33:00 | 17128-0946<br>BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | + Email/Text: kburkley@bernsteinlaw.com | Aug 25 2021 23:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | + EDI: RECOVERYCORP.COM | Aug 26 2021 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15383049 | | EDI: BECKLEE.COM | Aug 26 2021 03:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15369983 | | + EDI: AMEREXPR.COM | Aug 26 2021 03:33:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369977 | | + EDI: AMEREXPR.COM | Aug 26 2021 03:33:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369994 | | EDI: BANKAMER.COM | Aug 26 2021 03:33:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15369990 | | EDI: BANKAMER.COM | Aug 26 2021 03:33:00 | Bank of America, Po Box 982238, El Paso, TX 79998 |
| 15369999 | | EDI: BMW.COM | Aug 26 2021 03:33:00 | Bmw Financial Services, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016 |
| 15369998 | | EDI: BMW.COM | Aug 26 2021 03:33:00 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 15370007 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2021 23:22:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15370008 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2021 23:22:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15370003 | | + EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15370004 | | + EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15383584 | | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15370006 | | + EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15370005 | | + EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15370009 | | EDI: DISCOVER.COM | Aug 26 2021 03:33:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15372744 | | EDI: DISCOVER.COM | Aug 26 2021 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15370010 | | + EDI: DISCOVER.COM | Aug 26 2021 03:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15370002 | | EDI: JPMORGANCHASE | Aug 26 2021 03:33:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15370001 | | EDI: JPMORGANCHASE | Aug 26 2021 03:33:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15388306 | | + EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15370020 | | + EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank, C/o Po Box 965036, Orlando, |

| District/off: 0315-2 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 318 | Total Noticed: 54 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15370021 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15371036 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15370023 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15370022 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15370024 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 25 2021 23:23:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15370026 | + | EDI: WFFC.COM | Aug 26 2021 03:33:00 | Wells Fargo SBA Lending, 600 S. 4th Street, 13th Floor, Minneapolis, MN 55415-1526 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| 15369976 | *+ | AHN, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15369969 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369970 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369971 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369972 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369973 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15383050 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15383053 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15383054 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15369984 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369985 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369986 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369987 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369988 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369978 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369979 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369980 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369981 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369982 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369995 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15369996 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15369997 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15369991 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 15369992 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 15369993 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |

TOTAL: 1 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 4 of 4 |
| Date Rcvd: Aug 25, 2021 | Form ID: 318 | Total Noticed: 54 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021                               Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

**Name**  **Email Address**

Christopher M. Frye
on behalf of Debtor Mazhar Abbas chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye
on behalf of Joint Debtor Aneeza Mazhar Abbas chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

TOTAL: 7