# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-21049-GLT |
| Mazhar Abbas | : | |
| Aneeza Mazhar Abbas | : | |
|     Debtor(s) | : | Chapter 7 |
| | : | |
| | : | |
|     Pamela J. Wilson, Trustee | : | Document No. _____ |
|         *Movant* | : | |
| | : | |
|     vs. | : | |
| | : | |
| Mazhar Abbas, Aneeza Mazhar Abbas | : | |
| and Freedom Mortgage Corporation, its | : | |
| Successors and/or Assigns | : | |
|         *Respondents* | : | |

## NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE ON TRUSTEE'S MOTION FOR PRIVATE SALE OF REAL PROPERTY FREE AND DIVESTED OF LIENS

TO THE CREDITORS AND PARTIES IN INTEREST OF THE ABOVE NAMED DEBTOR(S):

**You are hereby notified that the Movant seeks an Order affecting your rights or property.**

NOTICE IS HEREBY GIVEN THAT *Pamela J. Wilson, Trustee* has filed a Motion for Private Sale of Real Property Free and Divested of Liens the following property: ***2067 Dantry Drive, Canonsburg, PA 15317*** to *Manik T. Bhosale* of *264 Chatham Park Drive, Pittsburgh, PA 15220* for ***$522,000*** according to the terms set forth in the ***Motion for Private Sale***. ***Anyone wishing to bid on the sale must deposit $5,000 hand money with the Trustee and provide evidence of ability to pay the balance of the purchase price at the time of closing no later than 72 hours prior to the day and time of the sale hearing.***

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than December 13, 2021, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on January 6, 2022, at 10:30 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gove/judge-taddonios-video-conference-hearing-information) no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating by video

conference shall comply with Judge Taddonio's General Procedures (which can be found at [http://www.pawb/uscourts.gov/sites/default/files/pdfs/glt-proc.pdf](http://www.pawb/uscourts.gov/sites/default/files/pdfs/glt-proc.pdf)).

      Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

*Arrangements for inspection prior to said sale hearing may be made with Pamela Wilson, Trustee: [pwilson@pjwlaw.net](mailto:pwilson@pjwlaw.net); (412) 341-4323.*

Date of Service: <u>November 24, 2021</u>        BY:  <u>*/s/ Pamela J. Wilson*</u>
                                                          Pamela J. Wilson, Esquire
                                                          810 Vermont Avenue
                                                          Pittsburgh, Pennsylvania  15234
                                                          pwilson@pjwlaw.net
                                                          (412) 341-4323
                                                          PA I.D. #77011