FILED
1/6/22 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-21049-GLT |
| | : | Chapter: | 7 |
| Mazhar Abbas | : | | |
| Aneeza Mazhar Abbas | : | | |
| | : | Date: | 1/6/2022 |
| *Debtor(s)*. | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #41 - Trustee's Motion For Sale of Property under Section 363(b)
   #47 - Proof of Publication In Washington County Reports
   #48 - Proposed Order

***APPEARANCES***:
   Trustee:   Pamela J. Wilson

***NOTES:*** [10:48 a.m.]

Wilson: I have received an offer for $522,000. I have received no objections to the sale.

Court: Is the property currently vacant?

Wilson: Yes, it is vacant.

Court: Based on there being no higher and better offer, I will approve the sale and grant the motion.

***OUTCOME:***

1. The *Trustee's Motion For Sale of Property under Section 363(b)* [Dkt. No. 41] is GRANTED. [DB to issue proposed sale at Dkt. No. 48]

**DATED:** 1/6/2022