FILED
1/18/22 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mazhar Abbas<br>Aneeza Mazhar Abbas fka Aneeza Mazhar fka Aneeza Shahid<br>　　　　　　　　　　Debtor(s) | BK. NO. 21-21049 GLT |
| Freedom Mortgage Corporation,<br>its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　v.<br>Mazhar Abbas<br>Aneeza Mazhar Abbas fka Aneeza Mazhar fka Aneeza Shahid<br>　　　　　　　　　　Respondent(s)<br>　　　　and<br>Pamela J. Wilson Esq., Trustee<br>　　　　　　　　　　Additional Respondent | CHAPTER 7<br><br>Related to Docket #35, 38 & 51 |

## ORDER

Upon consideration of the Motion filed by Freedom Mortgage Corporation, its successors and/or assigns, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for January 20, 2022 at 1:30 p.m. is hereby continued for 30 days to

February 17, 2022 at 10:00 a.m. in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website by no later than 4 p.m. on the business day prior to the schedule hearing.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

DATED: January 18, 2022