**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** PENNSYLVANIA
PITTSBURGH **DIVISION**

| | | |
|---|---|---|
| In Re: § | | |
| MAZHAR ABBAS, § | CASE NO. 21-21049-GLT | |
| ANEEZA MAZHAR ABBAS, § | | |
|     Debtors § | | |
| § | | |
| PAMELA J. WILSON, Trustee, § | CHAPTER 7 | |
|     Movant § | | |
| § | DOCUMENT NO. | |
| v. § | | |
| § | | |
| No Respondent § | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PAMELA J. WILSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        5414 U.S. Steel Tower
        600 Grant Street
        Pittsburgh, PA 15219

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. An in-person hearing will be held on May 12, 2022, at 10:30 a.m. before Judge Gregory L. Taddonio iin Courtroom "A", 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentriary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gove/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb/uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).
Parties who fail to timely register for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by

the Court for a later date.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/05/2022                    By: Pamela J. Wilson
                                                                                                               Trustee

*PAMELA J. WILSON*
*810 VERMONT AVENUE*
*PITTSBURGH, PA 15234*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| MAZHAR ABBAS, § | CASE NO. 21-21049-GLT | |
| ANEEZA MAZHAR ABBAS, § | | |
| Debtors § | | |
| § | | |
| PAMELA J. WILSON, Trustee, § | CHAPTER 7 | |
| Movant § | | |
| § | DOCUMENT NO. | |
| v. § | | |
| § | | |
| No Respondent § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 522,000.00 |
| and approved disbursements of | $ | 458,155.56 |
| leaving a balance on hand of[1] | $ | 63,844.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 16 | WELLS FARGO BANK, N.A. C/O KERI P. EBECK | $ 368,081.83 | $ 383,512.33 | $ 383,512.33 | $ 0.00 |
| 9 | BMW FINANCIAL SERVICES ATTN: CUSTOMER ACCOUNTING | $ 16,009.69 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 63,844.44 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Pamela J. Wilson | $ 21,500.00 | $ 0.00 | $ 21,500.00 |
| Trustee Expenses: Pamela J. Wilson | $ 360.05 | $ 0.00 | $ 360.05 |

Total to be paid for chapter 7 administrative expenses    $    21,860.05

Remaining Balance    $    41,984.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $90,747.22 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 2,097.43 | $ 0.00 | $ 970.38 |
| 2 | JPMORGAN CHASE BANK, N.A. | $ 15,955.00 | $ 0.00 | $ 7,381.61 |
| 3 | AMERICAN EXPRESS NATIONAL BANK | $ 1,534.79 | $ 0.00 | $ 710.07 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | AMERICAN EXPRESS NATIONAL BANK | $ 7,295.99 | $ 0.00 | $ 3,375.50 |
| 5 | AMERICAN EXPRESS NATIONAL BANK | $ 7,502.64 | $ 0.00 | $ 3,471.11 |
| 6 | AMERICAN EXPRESS NATIONAL BANK | $ 8,399.27 | $ 0.00 | $ 3,885.94 |
| 7 | CITIBANK, N.A. | $ 2,455.77 | $ 0.00 | $ 1,136.17 |
| 8 | CITIBANK, N.A. | $ 2,258.96 | $ 0.00 | $ 1,045.11 |
| 10 | BANK OF AMERICA, N.A. | $ 7,954.18 | $ 0.00 | $ 3,680.02 |
| 11 | BANK OF AMERICA, N.A. | $ 25,962.96 | $ 0.00 | $ 12,011.82 |
| 12 | BANK OF AMERICA, N.A. | $ 5,934.28 | $ 0.00 | $ 2,745.51 |
| 13 | UPMC HEALTH SERVICES | $ 1,159.70 | $ 0.00 | $ 536.54 |
| 14 | SYNCHRONY BANK | $ 162.37 | $ 0.00 | $ 75.12 |
| 15 | SYNCHRONY BANK | $ 2,073.88 | $ 0.00 | $ 959.49 |

Total to be paid to timely general unsecured creditors    $ 41,984.39

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Pamela J. Wilson
                                    Trustee

*PAMELA J. WILSON*
*810 VERMONT AVENUE*
*PITTSBURGH, PA 15234*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-21049-GLT

Mazhar Abbas     Chapter 7

Aneeza Mazhar Abbas

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Apr 06, 2022     Form ID: pdf900     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Mazhar Abbas, Aneeza Mazhar Abbas, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| r | + | Janet Sember, Berkshire Hathaway Home Services, 4215 Washington Road, McMurray, PA 15317-2565 |
| 15369975 | + | AHN, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15369968 | + | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369974 | + | Advanced Women's Care of PGH, PC, 3928 Washington Road, Suite 230, McMurray, PA 15317-2594 |
| 15369989 | + | Anytime Fitness, LLC, 111 Weir Drive, Woodbury, MN 55125-3200 |
| 15369994 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15369990 | + | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15386384 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15370000 | + | Bretnwood Towne Square Associates, 560 Epislon Drive, Pittsburgh, PA 15238-2815 |
| 15370011 | + | Hiltonresortscorp/hgv, 6355 Metrowest Blvd., Orlando, FL 32835-6433 |
| 15370012 | #+ | Life Fitness, 9525 West Bryn Mawr Avenue, Des Plaines, IL 60018-5207 |
| 15370013 | + | Pamela Wilson, Trustee, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |
| 15370014 | + | Precision Endodontics McMurray, 4065 Washington Road, Canonsburg, PA 15317-2520 |
| 15370015 | + | Progressive Dental Group, 3928 Washington Road, Suite 303, McMurray, PA 15317-2592 |
| 15370016 | + | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15370018 | + | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15370017 | + | RoundPoint Mortgage Servicing Corporatio, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15370019 | | Spectrio, PO Box 890271, Charlotte, NC 28289-0271 |
| 15387457 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15370025 | + | US Acute Care, PO Box 18942, Belfast, ME 04915-4084 |
| 15391966 | + | Wells Fargo Bank, N.A. c/o Keri P. Ebeck, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15370026 | + | Wells Fargo SBA Lending, 600 S. 4th Street, 13th Floor, Minneapolis, MN 55415-1526 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 23:31:37 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 06 2022 23:34:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 06 2022 23:31:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15383049 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:31:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15369983 | + | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:31:38 | Amex, Correspondence/Bankruptcy, Po Box |

Case 21-21049-GLT   Doc 65   Filed 04/08/22   Entered 04/09/22 00:22:51   Desc Imaged
                    Certificate of Notice   Page 8 of 10

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 981540, El Paso, TX 79998-1540 |
| 15369977 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Apr 06 2022 23:31:02 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369994 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 06 2022 23:34:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15369999 | | Email/PDF: acg.bmw.ebn@aisinfo.com | | |
| | | | Apr 06 2022 23:31:22 | Bmw Financial Services, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016 |
| 15369998 | | Email/PDF: acg.bmw.ebn@aisinfo.com | | |
| | | | Apr 06 2022 23:31:01 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 15385748 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | | |
| | | | Apr 06 2022 23:31:01 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 15369990 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 06 2022 23:34:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15386384 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Apr 06 2022 23:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15370007 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Apr 06 2022 23:34:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15370008 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Apr 06 2022 23:34:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15370003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 06 2022 23:41:59 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15370004 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 06 2022 23:41:59 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15383584 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 06 2022 23:41:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15370006 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 06 2022 23:31:40 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15370005 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 06 2022 23:41:53 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15370009 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 06 2022 23:34:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15372744 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 06 2022 23:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15370010 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 06 2022 23:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15370002 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 06 2022 23:31:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15370001 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 06 2022 23:31:21 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15382686 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Apr 06 2022 23:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15370017 | + | Email/Text: bankruptcy@roundpointmortgage.com | | |
| | | | Apr 06 2022 23:34:00 | RoundPoint Mortgage Servicing Corporatio, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15388306 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 06 2022 23:31:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15370020 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Apr 06 2022 23:31:22 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15370021 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | Bypass | Email/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 06 2022 23:31:22 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15371036 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:31:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15370023 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:31:01 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15370022 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:31:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15370024 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 06 2022 23:34:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| 15369976 | *+ | AHN, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15369969 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369970 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369971 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369972 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15369973 | *+ | Abbas Tech, LLC, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |
| 15383050 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15383053 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15383054 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15369984 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369985 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369986 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369987 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369988 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15369978 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369979 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369980 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369981 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369982 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15369995 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15369996 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15369997 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15369991 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15369992 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15369993 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |

TOTAL: 1 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Mazhar Abbas chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Aneeza Mazhar Abbas chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |

TOTAL: 8