**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No.  21-21049-GLT |
| **MAZHAR ABBAS** | : | |
| **ANEEZA MAZHAR ABBAS** | : | Chapter 7 |
| | : | |
| Debtors | : | |
| | : | |
| **Pamela J. Wilson, Trustee** | : | |
| | : | |
| Movant | : | Doc. No. 62 |
| | : | |
| v. | : | |
| | : | |
| **No Respondent** | : | |

FILED
5/2/22 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF DISTRIBUTION**

Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Pamela J. Wilson, Esquire, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution.  In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

By the Court,

DATED:  May 02, 2022

_____
GREGORY L. TADDONIO  drb
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-21049-GLT
Case Name: MAZHAR ABBAS
      ANEEZA MAZHAR ABBAS
Trustee Name: PAMELA J. WILSON

Balance on hand                $ 63,844.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 16 | WELLS FARGO BANK, N.A. C/O KERI P. EBECK | $ 368,081.83 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | BMW FINANCIAL SERVICES ATTN: CUSTOMER ACCOUNTING | $ 16,009.69 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors      $ 0.00

Remaining Balance      $ 63,844.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Pamela J. Wilson | $ 21,500.00 | $ 0.00 | $ 21,500.00 |
| Trustee Expenses: Pamela J. Wilson | $ 360.05 | $ 0.00 | $ 360.05 |

Total to be paid for chapter 7 administrative expenses      $ 21,860.05

Remaining Balance      $ 41,984.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $90,747.22 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 2,097.43 | $ 0.00 | $ 970.38 |
| 2 | JPMORGAN CHASE BANK, N.A. | $ 15,955.00 | $ 0.00 | $ 7,381.61 |
| 3 | AMERICAN EXPRESS NATIONAL BANK | $ 1,534.79 | $ 0.00 | $ 710.07 |
| 4 | AMERICAN EXPRESS NATIONAL BANK | $ 7,295.99 | $ 0.00 | $ 3,375.50 |
| 5 | AMERICAN EXPRESS NATIONAL BANK | $ 7,502.64 | $ 0.00 | $ 3,471.11 |
| 6 | AMERICAN EXPRESS NATIONAL BANK | $ 8,399.27 | $ 0.00 | $ 3,885.94 |
| 7 | CITIBANK, N.A. | $ 2,455.77 | $ 0.00 | $ 1,136.17 |
| 8 | CITIBANK, N.A. | $ 2,258.96 | $ 0.00 | $ 1,045.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | BANK OF AMERICA, N.A. | $ 7,954.18 | $ 0.00 | $ 3,680.02 |
| 11 | BANK OF AMERICA, N.A. | $ 25,962.96 | $ 0.00 | $ 12,011.82 |
| 12 | BANK OF AMERICA, N.A. | $ 5,934.28 | $ 0.00 | $ 2,745.51 |
| 13 | UPMC HEALTH SERVICES | $ 1,159.70 | $ 0.00 | $ 536.54 |
| 14 | SYNCHRONY BANK | $ 162.37 | $ 0.00 | $ 75.12 |
| 15 | SYNCHRONY BANK | $ 2,073.88 | $ 0.00 | $ 959.49 |

Total to be paid to timely general unsecured creditors           $           41,984.39

Remaining Balance           $           0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21049-GLT |
| Mazhar Abbas | Chapter 7 |
| Aneeza Mazhar Abbas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Mazhar Abbas, Aneeza Mazhar Abbas, 2067 Dantry Drive, Canonsburg, PA 15317-5866 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2022              Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Mazhar Abbas chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Aneeza Mazhar Abbas chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Denise Carlon | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

TOTAL: 8