# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| MAZHAR ABBAS, | § | CASE NO. 21-21049-GLT |
| ANEEZA MAZHAR ABBAS, | § | |
| Debtors | § | |
| | § | |
| PAMELA J. WILSON, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PAMELA J. WILSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 27,219.00        Assets Exempt: 59,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 425,496.72    Claims Discharged
                                                Without Payment: 481,054.83

Total Expenses of Administration: 56,886.28

3) Total gross receipts of $522,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $39,617.00 (see **Exhibit 2**), yielded net receipts of $482,383.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $418,892.00 | $384,091.52 | $383,512.33 | $383,512.33 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 56,886.28 | 56,886.28 | 56,886.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 490,909.00 | 90,747.22 | 90,747.22 | 41,984.39 |
| **TOTAL DISBURSEMENTS** | **$909,801.00** | **$531,725.02** | **$531,145.83** | **$482,383.00** |

4) This case was originally filed under chapter 7 on 04/29/2021. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/02/2022                By:/s/PAMELA J. WILSON
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2067 DANTRY DRIVE, CANONSBURG, PA | 1110-000 | 522,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$522,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mazhar and Aneeza Abbas | Exemptions | 8100-002 | 39,617.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$39,617.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Bank, 480 Jefferson Blvd Warwick, RI 02886 | | 19,235.00 | NA | NA | 0.00 |
| | Hiltonresortscorp/hgv, 6355 Metrowest Blvd. Orlando, FL 32835 | | 17,398.00 | NA | NA | 0.00 |
| 16 | WELLS FARGO BANK, N.A. C/O KERI P. EBECK | 4110-000 | 366,287.00 | 368,081.83 | 383,512.33 | 383,512.33 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | BMW FINANCIAL SERVICES ATTN: CUSTOMER ACCOUNTING | 4210-000 | 15,972.00 | 16,009.69 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $418,892.00 | $384,091.52 | $383,512.33 | $383,512.33 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pamela J. Wilson | 2100-000 | NA | 21,500.00 | 21,500.00 | 21,500.00 |
| Pamela J. Wilson | 2200-000 | NA | 360.05 | 360.05 | 360.05 |
| CTMA | 2420-000 | NA | 150.00 | 150.00 | 150.00 |
| Bankers Settlement & Abstract, Inc. | 2500-000 | NA | 375.00 | 375.00 | 375.00 |
| Canonsburg Borough, PA | 2500-000 | NA | -2,236.25 | -2,236.25 | -2,236.25 |
| Janet Sember | 2500-000 | NA | 105.37 | 105.37 | 105.37 |
| Recorder of Deeds | 2500-000 | NA | 5,220.00 | 5,220.00 | 5,220.00 |
| Canonsburg Borough, PA | 2820-000 | NA | 35.63 | 35.63 | 35.63 |
| Washington County, PA | 2820-000 | NA | 56.48 | 56.48 | 56.48 |
| Berkshire Hathaway | 3510-000 | NA | 15,660.00 | 15,660.00 | 15,660.00 |
| Century 21 Frontier Realty | 3510-000 | NA | 15,660.00 | 15,660.00 | 15,660.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $56,886.28 | $56,886.28 | $56,886.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Women's Care of PGH, PC, 3928 Washington Road, Suite 230 McMurray, PA 15317 | | 33.00 | NA | NA | 0.00 |
| | AHN, PO Box 645266 Pittsburgh, PA 15264 | | 43.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AHN, PO Box 645266 Pittsburgh, PA 15264 | | 19.00 | NA | NA | 0.00 |
| | Amex, P.o. Box 981537 El Paso, TX 79998 | | 7,295.00 | NA | NA | 0.00 |
| | Amex, P.o. Box 981537 El Paso, TX 79998 | | 8,399.00 | NA | NA | 0.00 |
| | Anytime Fitness, LLC, 111 Weir Drive Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Bank of America, Po Box 982238 El Paso, TX 79998 | | 16,166.00 | NA | NA | 0.00 |
| | Bretnwood Towne Square Associates, 560 Epislon Drive Pittsburgh, PA 15238 | | 0.00 | NA | NA | 0.00 |
| | Life Fitness, 9525 West Bryn Mawr Avenue Des Plaines, IL 60018 | | 2,467.00 | NA | NA | 0.00 |
| | Pamela Wilson, Trustee, 810 Vermont Avenue Pittsburgh, PA 15234 | | 0.00 | NA | NA | 0.00 |
| | Precision Endodontics McMurray, 4065 Washington Road Canonsburg, PA 15317 | | 2.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Progressive Dental Group, 3928 Washington Road, Suite 303 McMurray, PA 15317 | | 51.00 | NA | NA | 0.00 |
| | Quest Diagnostics, PO Box 740717 Cincinnati, OH 45274 | | 6.00 | NA | NA | 0.00 |
| | Spectrio, PO Box 890271 Charlotte, NC 28289-0271 | | 3,583.00 | NA | NA | 0.00 |
| | US Acute Care, PO Box 18942 Belfast, ME 04915 | | 87.00 | NA | NA | 0.00 |
| | Wells Fargo SBA Lending, 600 S. 4th Street 13th Floor Minneapolis, MN 55415 | | 357,508.00 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 5,963.00 | 1,534.79 | 1,534.79 | 710.07 |
| 4 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 7,295.00 | 7,295.99 | 7,295.99 | 3,375.50 |
| 5 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 7,675.00 | 7,502.64 | 7,502.64 | 3,471.11 |
| 6 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 8,399.00 | 8,399.27 | 8,399.27 | 3,885.94 |
| 10 | BANK OF AMERICA, N.A. | 7100-000 | 7,954.00 | 7,954.18 | 7,954.18 | 3,680.02 |
| 11 | BANK OF AMERICA, N.A. | 7100-000 | 25,883.00 | 25,962.96 | 25,962.96 | 12,011.82 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | BANK OF AMERICA, N.A. | 7100-000 | 5,732.00 | 5,934.28 | 5,934.28 | 2,745.51 |
| 7 | CITIBANK, N.A. | 7100-000 | 2,455.00 | 2,455.77 | 2,455.77 | 1,136.17 |
| 8 | CITIBANK, N.A. | 7100-000 | 2,243.00 | 2,258.96 | 2,258.96 | 1,045.11 |
| 1 | Discover Bank | 7100-000 | 2,152.00 | 2,097.43 | 2,097.43 | 970.38 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | 2,136.00 | 2,073.88 | 2,073.88 | 959.49 |
| 2 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 15,955.00 | 15,955.00 | 15,955.00 | 7,381.61 |
| 14 | PRA Receivables Managemnt, LLC | 7100-000 | 162.00 | 162.37 | 162.37 | 75.12 |
| 13 | UPMC HEALTH SERVICES | 7100-000 | 1,246.00 | 1,159.70 | 1,159.70 | 536.54 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $490,909.00 | $90,747.22 | $90,747.22 | $41,984.39 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 21-21049 | GLT | Judge: | Gregory L. Taddonio | Trustee Name: | PAMELA J. WILSON |
|---|---|---|---|---|---|---|
| Case Name: | MAZHAR ABBAS | | | | Date Filed (f) or Converted (c): | 04/29/2021 (f) |
| | ANEEZA MAZHAR ABBAS | | | | 341(a) Meeting Date: | 06/25/2021 |
| For Period Ending: | 06/02/2022 | | | | Claims Bar Date: | 07/08/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2067 DANTRY DRIVE, CANONSBURG, PA | 525,000.00 | 119,096.00 | | 522,000.00 | FA |
| 2. HILTON TIME SHARE | Unknown | 0.00 | | 0.00 | FA |
| 3. 2013 MERCEDES GL 450 | 13,820.00 | 0.00 | | 0.00 | FA |
| 4. 2015 BMW 328i | 13,353.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. ELECTRONICS | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 150.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 9. NON-FARM ANIMAL | 0.00 | 0.00 | | 0.00 | FA |
| 10. CHECKING ACCOUNT (BANK OF AMERICA) | 631.00 | 0.00 | | 0.00 | FA |
| 11. SAVINGS ACCOUNT (BANK OF AMERICA) | 45.00 | 0.00 | | 0.00 | FA |
| 12. CHECKING/SAVINGS ACCOUNT (PNC VIRTUAL WALLET) | 9,410.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING ACCOUNT (BANK OF AMERICA) | 1,686.00 | 0.00 | | 0.00 | FA |
| 14. SAVINGS ACCOUNT (BANK OF AMERICA) | 1.00 | 0.00 | | 0.00 | FA |
| 15. BUSINESS INTEREST (100% ABBAS TECH, LLC) | 0.00 | 0.00 | | 0.00 | FA |
| 16. IRA (MERRYL LYNCH) | 0.00 | 0.00 | | 0.00 | FA |
| 17. UNPAID LOAN (ABBAS TECH, LLC ($34,000) | 0.00 | 0.00 | | 0.00 | FA |
| 18. HSA ACCOUNT (AETNA) | 1,606.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $571,902.00        $119,096.00                $522,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Trustee investigating value of real property.  Motion to Employ Realtor granted on 7/28/21 (Doc. 32).  Review Motion for Relief From Stay (Doc. 35).  Response filed/Consent Order entered 11/15/21.  Trustee's Motion to Sell Real Property granted on 1/6/22 (Doc. 50).  Trustee in process of preparing closing reports.

Exhibit 8

Initial Projected Date of Final Report (TFR): 02/28/2022        Current Projected Date of Final Report (TFR): 03/31/2022

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 21-21049 | Trustee Name: PAMELA J. WILSON |
| Case Name: MAZHAR ABBAS | Bank Name: Axos Bank |
| ANEEZA MAZHAR ABBAS | Account Number/CD#: XXXXXX0310 |
| | Checking |
| Taxpayer ID No: XX-XXX5202 | Blanket Bond (per case limit): $8,856,594.00 |
| For Period Ending: 06/02/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/22 | | Bankers Settlement & Abstract, Inc. | court approved sale (doc. 50) | | $63,844.44 | | $63,844.44 |
| | | | Gross Receipts  $522,000.00 | | | | |
| | | Canonsburg Borough, PA | School Taxes (01/21/22 to 07/01/22)  $2,236.25 | 2500-000 | | | |
| | | Canonsburg Borough, PA | City/Town Taxes (01/01/22 to 01/21/22)  ($35.63) | 2820-000 | | | |
| | | Washington County, PA | County Taxes (01/01/22 to 01/21/22)  ($56.48) | 2820-000 | | | |
| | | Bankers Settlement & Abstract, Inc. | Title-Deed Preparation Fee  ($200.00) | 2500-000 | | | |
| | | Bankers Settlement & Abstract, Inc. | Title-Lien Letters/Tax Certifications  ($155.00) | 2500-000 | | | |
| | | Bankers Settlement & Abstract, Inc. | Title- Wire Fee Mortgage Payoff  ($20.00) | 2500-000 | | | |
| | | Berkshire Hathaway | Realtor Commission  ($15,660.00) | 3510-000 | | | |
| | | Century 21 Frontier Realty | Realtor Commission  ($15,660.00) | 3510-000 | | | |
| | | Recorder of Deeds | Local Transfer Tax  ($2,610.00) | 2500-000 | | | |
| | | Recorder of Deeds | State Tax Transfer  ($2,610.00) | 2500-000 | | | |
| | | Janet Sember | Reimbursement for HOA Resale Package  ($105.37) | 2500-000 | | | |
| | | CTMA | Escrow for Final Sewage Capital Contibution  ($150.00) | 2420-000 | | | |
| | | Mazhar and Aneeza Abbas | Debtor's Exemption  ($39,617.00) | 8100-002 | | | |
| | | Roundpoint Mortgage Servicing Corp | Payoff first mortgage  ($383,512.33) | 4110-000 | | | |
| | 1 | | 2067 DANTRY DRIVE, CANONSBURG, PA  $522,000.00 | 1110-000 | | | |

Page Subtotals:  $63,844.44   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 21-21049 | Trustee Name: | PAMELA J. WILSON |
| Case Name: | MAZHAR ABBAS | Bank Name: | Axos Bank |
| | ANEEZA MAZHAR ABBAS | Account Number/CD#: | XXXXXX0310 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5202 | Blanket Bond (per case limit): | $8,856,594.00 |
| For Period Ending: | 06/02/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/13/22 | 2001 | Pamela J. Wilson<br>810 VERMONT AVENUE, PITTSBURGH, PA  15234 | Distribution | | | $21,860.05 | $41,984.39 |
| | | Pamela J. Wilson | Final distribution creditor account # representing a payment of 100.00 % per court order. ($21,500.00) | 2100-000 | | | |
| | | Pamela J. Wilson | Final distribution creditor account # representing a payment of 100.00 % per court order. ($360.05) | 2200-000 | | | |
| 05/13/22 | 2002 | Discover Bank<br>DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 1 creditor account # representing a payment of 46.27 % per court order. | 7100-000 | | $970.38 | $41,014.01 |
| 05/13/22 | 2003 | JPMORGAN CHASE BANK, N.A.<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Final distribution to claim 2 creditor account # representing a payment of 46.27 % per court order. | 7100-000 | | $7,381.61 | $33,632.40 |
| 05/13/22 | 2004 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Distribution | | | $11,442.62 | $22,189.78 |
| | | AMERICAN EXPRESS NATIONAL BANK | Final distribution to claim 3 creditor account # representing a payment of 46.26 % per court order. ($710.07) | 7100-000 | | | |
| | | AMERICAN EXPRESS NATIONAL BANK | Final distribution to claim 4 creditor account # representing a payment of 46.27 % per court order. ($3,375.50) | 7100-000 | | | |
| | | AMERICAN EXPRESS NATIONAL BANK | Final distribution to claim 5 creditor account # representing a payment of 46.27 % per court order. ($3,471.11) | 7100-000 | | | |

Page Subtotals:    $0.00    $41,654.66

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 21-21049 | Trustee Name: PAMELA J. WILSON | |
| Case Name: MAZHAR ABBAS | Bank Name: Axos Bank | |
| ANEEZA MAZHAR ABBAS | Account Number/CD#: XXXXXX0310 | |
| | Checking | |
| Taxpayer ID No: XX-XXX5202 | Blanket Bond (per case limit): $8,856,594.00 | |
| For Period Ending: 06/02/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | AMERICAN EXPRESS NATIONAL BANK | Final distribution to claim 6 creditor account # representing a payment of 46.27 % per court order. | ($3,885.94) | 7100-000 | | | |
| 05/13/22 | 2005 | CITIBANK, N.A.<br>6716 GRADE LN BLDG 9<br>STE 910 PY DEPT<br>LOUISVILLE, KY  40213-3439 | Distribution | | | | $2,181.28 | $20,008.50 |
| | | CITIBANK, N.A. | Final distribution to claim 7 creditor account # representing a payment of 46.27 % per court order. | ($1,136.17) | 7100-000 | | | |
| | | CITIBANK, N.A. | Final distribution to claim 8 creditor account # representing a payment of 46.27 % per court order. | ($1,045.11) | 7100-000 | | | |
| 05/13/22 | 2006 | BANK OF AMERICA, N.A.<br>P O BOX 15102<br>WILLIAMSBURG, DE  19886-5102 | Distribution | | | | $18,437.35 | $1,571.15 |
| | | BANK OF AMERICA, N.A. | Final distribution to claim 10 creditor account # representing a payment of 46.27 % per court order. | ($3,680.02) | 7100-000 | | | |
| | | BANK OF AMERICA, N.A. | Final distribution to claim 11 creditor account # representing a payment of 46.27 % per court order. | ($12,011.82) | 7100-000 | | | |
| | | BANK OF AMERICA, N.A. | Final distribution to claim 12 creditor account # representing a payment of 46.27 % per court order. | ($2,745.51) | 7100-000 | | | |
| 05/13/22 | 2007 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | Final distribution to claim 13 creditor account # representing a payment of 46.27 % per court order. | | 7100-000 | | $536.54 | $1,034.61 |
| 05/13/22 | 2008 | PRA Receivables Managemnt, LLC<br>PO Box 41031<br>Norfolk, VA  23541 | Final distribution to claim 14 creditor account # representing a payment of 46.26 % per court order. | | 7100-000 | | $75.12 | $959.49 |

| | | | Page Subtotals: | $0.00 | $21,230.29 |
|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 21-21049 | Trustee Name: | PAMELA J. WILSON |
| Case Name: | MAZHAR ABBAS | Bank Name: | Axos Bank |
| | ANEEZA MAZHAR ABBAS | Account Number/CD#: | XXXXXX0310 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5202 | Blanket Bond (per case limit): | $8,856,594.00 |
| For Period Ending: | 06/02/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/13/22 | 2009 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 560677-2813 | Final distribution to claim 15 creditor account # representing a payment of 46.26 % per court order. | 7100-000 | | $959.49 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $63,844.44 | $63,844.44 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $63,844.44 | $63,844.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $63,844.44 | $63,844.44 |

Page Subtotals:     $0.00     $959.49

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0310 - Checking | $63,844.44 | $63,844.44 | $0.00 |
|  | $63,844.44 | $63,844.44 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $458,155.56 |
| Total Net Deposits: | $63,844.44 |
| Total Gross Receipts: | $522,000.00 |

Page Subtotals:                    $0.00          $0.00